# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-10239
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

November 13, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

DONALD WAYNE GUY, JR.,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-214-1

———————————————————

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Donald Wayne Guy, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guy has filed a response, which includes a request for the appointment of new counsel. The record is not sufficiently developed

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10239

to allow us to make a fair evaluation of Guy's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guy's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Guy's motion for the appointment of new counsel is DENIED.